[No. 25149-3-II. Division Two. July 27, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT G. WANNER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00623-0, James E. Warme, J., entered October 1, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[Nos. 25247-3-II; 25249-0-II; Division Two. July 27, 2001.] 25358-5-II.

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS MORGAN AVERILL, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MIKE ROBERT MCCREVEN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DEBORAH KAY GRIFFITH, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 99-1-01301-0, 99-1-01302-8, and 99-1-01300-1, Arthur W. Verharen, J., entered October 28 and November 12, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 25559-6-II. Division Two. July 27, 2001.]

INGEBORG RUIZ, *Respondent*, v. UNIVERSITY PLACE SCHOOL DISTRICT NO. 83, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-11436-1, Rosanne Buckner, J., entered January 14, 2000. *Reversed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Quinn-Brintnall, J.